## DINSMORE *versus* WESTON.

By filing a motion in the District Court for a new trial after verdict, a party waives the right of excepting to the rulings of the Judge at the trial.

After verdict for the plaintiff, the defendant moved for a new trial. The plaintiff then remitted a part of the damage assessed for him by the jury, whereupon the defendant asked leave to withdraw his motion. *Held,* the refusal to grant such leave was rightful.